# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

VALENTINE VAVASIS,

    Plaintiff,

v.                                          Case No: 8:12-cv-2816-T-30TGW

RESURGENT CAPITAL SERVICES L.P.,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Voluntary Dismissal (Dkt. #14). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of June, 2013.

_/s/ James S. Moody, Jr._
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-2816 dismiss 14.docx